P SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | ☒ LA  ☐ RS  ☐ SA  ☐ UNDER SEAL |
|---|---|
| v. | CASE NUMBER: CR 06-595 |
| | ☐ COMPLAINT    ☐ OUT OF DISTRICT AFFIDAVIT |
| | ☒ INDICTMENT    ☐ INFORMATION |
| | ☐ SUMMONS    ☐ EXTRADITION |
| | ☐ PSA/PO WARRANT |
| | ☐ SUPER FAST TRACK (Class B Misdemeanor) |
| DEFENDANT | FILED: 7-26-06 |
| Hisayoshi Kojima | VIOLATION: 16:1538(a)(1)(F), 1540(b); 18:545; 16:1538(a)(1)(A); 16:1540(b)(1) |
| | DATE: 8-2-06   TIME: 11 A.M. |
| | TAPE NUMBER: 06-32 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Wistuch

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: *V. Benavides* / *Joe Johns* / *Kaoru Tamara* Japanese
Deputy Clerk / Assistant U.S. Attorney / Interpreter / Language

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☒ Defendant states true name ☐ is as charged ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit. ☒ Financial Affidavit ordered **SEALED**.
☒ Attorney: Jill Ginstling   ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
   Ordered (see separate order)   ☐ Special appearance by: _____
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK** ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☒ Post-Indictment Arraignment set for: 8-7-06 at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. ☐ Warrant of removal and final commitment are ordered stayed until _____
☒ Case continued to (Date) 8/4/06   (Time) 11   ☒ AM / ☐ PM
   Type of Hearing: Bail Hrg   Before Judge: AJW /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____ ☒ Judge's Courtroom 690
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☒ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
RELEASE ORDER NO: _Defendant asks for financial affidavit placed under seal - SO ORDERED._
☒ Other ( Matter put over to 8/2/06 due to defendant's illness, at request of DFPD. )

☐ PSA   ☐ FINANCIAL   DOCKETED ON CM   Deputy Clerk Initials: _VB_
cc: AUSA Defendant's counsel
☒ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO   AUG 10 2006
ORIGINAL -WHITE COPY   PINK- PIA CLERK   YELLOW- STATS   GREEN - CRD

M-5 (11/04)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1
   015   U.S. GPO: 2005-785-504/39158