1   GEORGE S. CARDONA
    Acting United States Attorney
2   THOMAS P. O'BRIEN
    Assistant United States Attorney
3   Chief, Criminal Division
    JOSEPH O. JOHNS (No. 144524)
4   Assistant United States Attorney
    Chief, Environmental Crimes Section
5        1300 U.S. Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone:  (213) 894-4536
7        Email:  joseph.johns@usdoj.gov

8   Attorneys for Plaintiff
    United States of America
9
                 UNITED STATES DISTRICT COURT
10
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,    )    CR-06-595-GPS
                                 )
13            Plaintiff,         )    GOVERNMENT'S RESPONSE TO
                                 )    PRESENTENCE REPORT
         v.                      )
14                               )
    HISAYOSHI KOJIMA,            )
15                               )    Date: April 16, 2007
              Defendant.         )    Time: 9:00 a.m.
16  _____)

17

18       Plaintiff United States of America, by and through Assistant

19  United States Attorney Joseph O. Johns, hereby submits its

20  response to the presentence report.  This response is based on

21  //

22  //

23  //

24  //

25

26

27

28

1  the attached Memorandum of Points and Authorities, and the files

2  and records in this case.

3  DATED: March 22, 2007.

4                              Respectfully submitted,

5                              GEORGE S. CARDONA
                               Acting United States Attorney
6
                               THOMAS P. O'BRIEN
7                              Assistant United States Attorney
                               Chief, Criminal Division
8

9                              _____/S/_____
10                             JOSEPH O. JOHNS
                               Assistant U.S. Attorney
11                             Chief, Environmental Crimes Section

12                                Attorneys for Plaintiff
                                  United States of America
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

2

I

3

<u>THE PRESENTENCE REPORT</u>

4  A.  <u>Factual Objections</u>

5      The government does not object to the facts set forth in the

6  presentence report.

7  B.  <u>Guidelines Application Objections</u>

8      The government does not object to the probation officer's

9  application of the Guidelines nor the calculation of defendant's

10  offense level.

11

II

12

<u>GOVERNMENTS SENTENCING RECOMMENDATION</u>

13      The presentence report recommends a sentence within an 18-24

14  month range, a fine of $30,000, and restitution in the amount of

15  $7,565.  These recommendations are consistent with the terms and

16  conditions of the parties' plea agreement.

17      The Probation Officer recommends a sentence at the low end

18  of the range - 18 months.  The government recommends that the

19  Court impose a sentence at the upper end of the range - 24

20  months.  This recommendation is supported by the United States

21  Sentencing Guidelines and merited by the following 18 U.S.C. §

22  3553 sentencing factors and the factual summary detailed below:

23      (1) the nature and circumstances of the offense and the

24  history and characteristics of the defendant; and

25      (2) the need for the sentence imposed to reflect the

26  seriousness of the offense and to promote respect for the law and

27  to provide just punishment for the offense

28

The United States Fish and Wildlife agency's investigation of defendant spanned a number of years from June 2004 through June 2006.  PSR ¶ 23.  Extensive surveillance of defendant's activities was conducted during his travels from Japan into the United States.  Extensive undercover contacts and negotiations were made and conducted with defendant in person and over the internet.  The investigating agents learned that defendant had established an extensive insect and butterfly collection and smuggling network to support his illegal distribution activities. During the course of the two year investigation, defendant illegally sold and exported 33 endangered or protected butterfly specimens to undercover agents for a total of $26,797.  Of greater significance, however, is the fact that defendant also offered to illegally export and sell hundreds of other endangered or protected specimens valued between approximately $100,000 to $300,000.  PSR ¶ 23.

1

CERTIFICATE OF SERVICE

2   I, <u>Sandy Ear</u>, declare:

3   That I am a citizen of the United States that my business

4   address is Office of United States Attorney, United States

5   Courthouse, 312 North Spring Street, Los Angeles, California

6   90012; that I am over the age of eighteen years, and am not a

7   party to the above-entitled action;

8   That I am employed by the United States Attorney for the

9   Central District of California who is a member of the Bar of

10  California, at whose direction the service by mail described in

11  this Certificate was made; that on <u>March 22, 2007</u>, I deposited in

12  the United States Courthouse at 312 North Spring Street, Los

13  Angeles, California, in the above-entitled action, in an

14  envelope, a copy of:    **GOVERNMENT'S RESPONSE TO PRESENTENCE
**REPORT**

15

16  addressed to:   Norman Sasamori          Robert Kleppa, USPO
                    1925 Century Park East   US Probation Office
                    Suite 500                312 N. Spring St. 6th FL.
17                  Los Angeles, CA 90067    Los Angeles, CA 90012

18

19  at their last  known addresses, at which place there is a

    delivery service by United States mail.
20
    This Certificate is executed on <u>March 22, 2007</u>, at Los Angeles,
21
    California.
22
    I certify under penalty of perjury that the foregoing is true and
23
    correct and resident or employed in Los Angeles County,
24
    California.
25

26

27  _____
                    SANDY EAR
28