```
 1 | THOMAS P. O'BRIEN
   | United States Attorney
 2 | LEON W. WEIDMAN
   | Assistant United States Attorney
 3 | Chief, Civil Division
   | BRENT A. WHITTLESEY
 4 | Assistant United States Attorney
   | California Bar Number:   73493
 5 |      Room 7516 Federal Building
   |      300 North Los Angeles Street
 6 |      Los Angeles, California 90012
   |      Telephone: (213) 894-2445
 7 |      Facsimile: (213) 894-5900
 8 | Attorney for Plaintiff
   | United States of America
 9 |
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-595-GPS |
|---|---|
| Plaintiff, | ) **(PROPOSED)** |
| | ) **ORDER AUTHORIZING SALE OF** |
| v. | ) **PERSONAL PROPERTY** |
| | ) |
| HISAYOSHI KOJIMA, | ) DATE: June 2, 2008 |
| | ) TIME: 1:30 p.m. |
| Defendant. | ) |

The motion of plaintiff United States for an order authorizing the United States for an order authorizing the United States Marshals Service to liquidate certain personal property owned by defendant Hisayoshi Kojima came on regularly for hearing on June 2, 2008.  The Court finds that the U.S. Fish and Wildlife Service is presently in possession of the following personal property owned by defendant Hisayoshi Kojima ("Kojima"):

       a.  One large lacquered sake cup.

       b.  One pari of kiri wood hibachi with a lacquered

1 horse design.
2    c.   One Keyaki wood desk.
3    d.   One ceramic sake bottle.
4    e.   Two bronze duck incense burners.
5    f.   One bronze lotus bowl.
6    g.   One pair of bronze candlesticks.
7    h.   One Keyaki wood from Sendai Tansu chest with iron
8 lock plates.
9    i.   One pair tall square tables.
10   j.   One Cypress wood door with sparrow and bamboo
11 paintings.
12   k.   One pair of gold leaf sliding doors with scenery
13 paintings.
14     The foregoing items are referred to herein collectively as
15 "the Property."
16     For good cause shown, it is hereby ORDERED as follows:
17     1.   The U.S. Fish and Wildlife Service is authorized and
18 directed to deliver possession of the Property to the USMS, or to
19 an auctioneer selected by the USMS.  The USMS, or an auctioneer
20 selected by the USMS, is authorized and directed to conduct a
21 sale of the Property on or after July 1, 2008.
22     2.   The USMS, or an auctioneer selected by the USMS, is
23 authorized to conduct the sale of the Property on such terms as
24 the USMS or its auctioneer shall deem to be appropriate.  The
25 USMS or its designated auctioneer shall be authorized to reject
26 any bid for the purchase of the Property that the USMS or its
27 designated auctioneer believes should be rejected.
28     3.   The USMS shall  transmit the proceeds of sale of the

Property to the Clerk of the U.S. District Court to be applied to defendant Kojima's outstanding indebtedness for special assessments, restitution and criminal fines.

DATED: June ____, 2008

                                        HON. GEORGE P. SCHIAVELLI
                                        United States District Judge

Submitted by:

THOMAS P. O'BRIEN
United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


_____
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
United States of America