1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   BRENT A. WHITTLESEY
4  Assistant United States Attorney
   California Bar Number:   73493
5      Room 7516 Federal Building
       300 North Los Angeles Street
6      Los Angeles, California 90012
       Telephone: (213) 894-2445
7      Facsimile: (213) 894-5900

8  Attorney for Plaintiff
   United States of America
9

FILED
CLERK, U.S. DISTRICT COURT

JUN 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                  WESTERN DIVISION

13  UNITED STATES OF AMERICA,       ) No. CR 06-595-GPS
                                    )
14            Plaintiff,            ) (~~PROPOSED~~)
                                    ) ORDER AUTHORIZING SALE OF
15            v.                    ) PERSONAL PROPERTY
                                    )
16  HISAYOSHI KOJIMA,               ) DATE: June 2, 2008
                                    ) TIME: 1:30 p.m.
17            Defendant.            )
                                    )
18                                  )
                                    )
19  _____

20       The motion of plaintiff United States for an order

21  authorizing the United States for an order authorizing the United

22  States Marshals Service to liquidate certain personal property

23  owned by defendant Hisayoshi Kojima came on regularly for hearing

24  on June 2, 2008.  The Court finds that the U.S. Fish and Wildlife

25  Service is presently in possession of the following personal

26  property owned by defendant Hisayoshi Kojima ("Kojima"):

27            a.   One large lacquered sake cup.

28            b.   One pari of kiri wood hibachi with a lacquered

 1  horse design.

 2         c.   One Keyaki wood desk.

 3         d.   One ceramic sake bottle.

 4         e.   Two bronze duck incense burners.

 5         f.   One bronze lotus bowl.

 6         g.   One pair of bronze candlesticks.

 7         h.   One Keyaki wood from Sendai Tansu chest with iron

 8  lock plates.

 9         i.   One pair tall square tables.

10         j.   One Cypress wood door with sparrow and bamboo

11  paintings.

12         k.   One pair of gold leaf sliding doors with scenery

13  paintings.

14      The foregoing items are referred to herein collectively as

15  "the Property."

16      For good cause shown, it is hereby ORDERED as follows:

17      1.   The U.S. Fish and Wildlife Service is authorized and

18  directed to deliver possession of the Property to the USMS, or to

19  an auctioneer selected by the USMS.  The USMS, or an auctioneer

20  selected by the USMS, is authorized and directed to conduct a

21  sale of the Property on or after July 1, 2008.

22      2.   The USMS, or an auctioneer selected by the USMS, is

23  authorized to conduct the sale of the Property on such terms as

24  the USMS or its auctioneer shall deem to be appropriate.  The

25  USMS or its designated auctioneer shall be authorized to reject

26  any bid for the purchase of the Property that the USMS or its

27  designated auctioneer believes should be rejected.

28      3.   The USMS shall  transmit the proceeds of sale of the

                                    2

1 | Property to the Clerk of the U.S. District Court to be applied to

2 | defendant Kojima's outstanding indebtedness for special

3 | assessments, restitution and criminal fines.

4 | DATED: June **3 0**, 2008

5

6

                    HON. GEORGE P. SCHIAVELLI
7 |                 United States District Judge

  | Submitted by:
8
  | THOMAS P. O'BRIEN
9 | United States Attorney

10 | LEON W. WEIDMAN
   | Assistant United States Attorney
11 | Chief, Civil Division

12

13 | _____
   | BRENT A. WHITTLESEY
14 | Assistant United States Attorney

15 | Attorneys for Plaintiff
   | United States of America
16

17

18

19

20

21

22

23

24

25

26

27

28

                         3

# Motions

2:06-cr-00595-GPS USA v. Kojima **CASE CLOSED on 04/17/2007**

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Whittlesey, Brent on 4/29/2008 at 4:37 PM PDT and filed on 4/29/2008

**Case Name:** USA v. Kojima
**Case Number:** 2:06-cr-595
**Filer:** USA
**Document Number:** 32

**Docket Text:**
NOTICE OF MOTION AND MOTION for Order for Authorizing Sale of Personal Property Filed by Plaintiff USA as to Defendant Hisayoshi KojimaMotion set for hearing on 6/2/2008 at 01:30 PM before Judge George P. Schiavelli. (Attachments: # (1) Proposed Order Authorizing Sale of Personal Property) (Whittlesey, Brent)

**2:06-cr-595-1 Notice has been electronically mailed to:**

Joseph O Johns    USACAC.Criminal@usdoj.gov, joseph.johns@usdoj.gov

Norman C Sasamori    ncsasamori@adelphia.net

Brent A Whittlesey    USACAC.Civil@usdoj.gov, brent.whittlesey@usdoj.gov

**2:06-cr-595-1 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\bwhittlesey\ECF\CAC.LA.CR0600595.20080429.BW.kojimasalemotion.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/29/2008] [FileNumber=5771549-0]
[98252adb3345710423ab32b11195212b9d64ab5937c21af55fa9074880eeab829ff9
59ba9803be412433607fad15279d1bee4659a5efbceee7594dcaeb957faa]]
**Document description:**Proposed Order Authorizing Sale of Personal Property
**Original filename:**N:\bwhittlesey\ECF\CAC.LA.CR0600595.20080429.BW.kojimasaleorder.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/29/2008] [FileNumber=5771549-1]
[357ee7a4d0c324eb7317f733fe76f866f6d47ed7a786a142567e545e129d32fedb0b
16295058489a7e2eafa9a38fee0cd1ab294317b57802065a419bece18b16]]