1 NORMAN COUSINS SASAMORI, J.D., LL.M.
California Bar Number: 170014
**LAW OFFICES OF NORMAN COUSINS SASAMORI**
    9025 Wilshire Boulevard, Penthouse Suite
    Beverly Hills, California 90211
    Telephone: (310) 821-9903
    Facsimile: (310) 832-4460
    Email: ncsasamori@roadrunner.com

Attorney for Defendant
Hisayoshi Kojima

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CR No. CR-06-595-GPS, Kojima; H |
| Plaintiff, | ) **DECLARATION OF** |
| | ) **NORMAN COUSINS SASAMORI** |
| v. | ) **IN RESPONSE TO OSC RE:** |
| | ) **FAILURE TO APPEAR** |
| **HISAYOSHI KOJIMA,** | ) |
| Defendant. | ) |
| | ) |
| | ) COURTROOM: 7 |
| | ) DATE     : August 4, 2008 |
| | ) TIME     : 1:30 P.M. |
| | ) JUDGE    : G.P. Schiavelli |

<u>DECLARATION OF NORMAN COUSINS SASAMORI</u>

    I, NORMAN COUSINS SASAMORI, am licensed to practice law in the State of California and admitted to the above-captioned court. I have personal knowledge of and am competent to testify to the facts set forth below.

    1.  This constitutes my Declaration in response to the Order to Show Cause regarding failure to appear for the hearing on June 30, 2008.

    2.  Before leaving for my pre-paid trip to Japan on June 17, 2008, I filed the Notice of Motion and Motion to be Relieved as Counsel, advised the court clerk about my trip and arranged for

attorney Daniel Perlman to specially appear for me on June 30, 2008.

3.  While in Japan, my father-in-law required urgent medical attention.  Moreover, on June 20, 2008, my sixteen month old son was taken to the Ebina Sogo Hospital emergency room due to an asthma attack.  The doctor advised us to monitor him closely. Shortly thereafter, he was hospitalized in Sagamihara National Hospital wherein he was hooked-up to a respirator and an I.V. for approximately one week, as evidenced by the receipt incorporated herein by reference and attached hereto as Exhibit A.  My wife and I took turns staying with him every hour that the hospital allowed.  Upon his temporary discharge, evidenced by the temporary discharge form, incorporated herein by reference and attached hereto as Exhibit B, and after discharge we continued to monitor his health closely.  Upon our return, he had another asthma attack that we treated at home with prescribed medication and a respirator.  Appropriate follow-up medical treatment is still required per the Japanese physician's letter.

I declare, under penalty of perjury, that the foregoing is true and correct.


Date: August 1, 2008            Respectfully submitted,


By: _____
        NORMAN COUSINS SASAMORI




DECLARATION OF NORMAN COUSINS SASAMORI
IN RESPONSE TO OSC RE: FAILURE TO APPEAR
2                    Case No. CR-06-595-GPS

EXHIBIT "A"

医療費請求書兼領収書

CLT006-KPR002-0000791

No 463248 号

200004131

発行年月日 平成 20年 7月 9日

神奈川県座間市相模が丘 5 - 5
1 5 - 6 0 2
サガモリ ショウタ
43-9177-3　サガモリ　翔太　様
E-11-04　小ア

入外区分　入院

| 項目 | 点数 | 項目 | 点数 |
|---|---|---|---|
| | 0 | 管理等 | 0 |
| | 0 | | 0 |
| | 0 | リハビリテーション | 0 |
| | 799 | 医学管理 | 0 |
| | 0 | 病理診断 | 0 |
| | 0 | | 0 |
| | 0 | | 0 |

国民健康　家族 20%
乳幼児医

合計 21694

952

3150
600

保険外金額 244350
保険対象額 3750
税率 3000
負担金額 150

¥7,650
¥0
¥0
¥7,650

3900
23445
3900

20. 7. 9

相模原病院
〒228-8522
神奈川県相模原市桜台18-1
TEL 042-742-8311代

# EXHIBIT "B"

43-9177-3/

（患者様用）

登録番号　ササモリ ショウタ

氏　名　H 14 03 04　　M

生年月日　　　　　　　性別

科　名　　発行年月日

| 担当医 | 師長 |
|---|---|

# 患者（外出・外泊）許可書

1. 期　　間　自 7月 7日 11時　　分（朝・昼・夕から欠食）
　　　　　　　至 7月 8日 18時　　分（朝・昼・夕まで欠食）

2. 外出・外泊先　住所 座間市相模ヶ丘 5-5-15-602
　　　　　　　電話番号（042）766-1610　　携帯 090・4605-1201

3. 事　　由　試験外泊

4. 退院前在宅療養指導管理のため
　（在宅酸素・在宅中心静脈・その他指導料名　　　　　　　　　　　）

上記のとおり（外出・外泊）を許可します。

平成 20年 7月 7日 12時 30分

病棟名 1-1

氏　名 ササモリ 翔太

独立行政法人
国立病院機構 相 模 原 病 院 長

※外出、外泊にて止むを得ない事情のため許可時に帰院できないときは、
電話等にてご連絡下さい。

〒228-0815 相模原市桜台18-1 独立行政法人 国立病院機構 相模原病院

電話（042）742-8311番(代)

**CERTIFICATE OF SERVICE**
(1013a, 2015.5 C.C.P)

**STATE OF CALIFORNIA**    )
                           )
**COUNTY OF LOS ANGELES**  )

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 9025 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90211.

On August 1, 2008, I served the within **DECLARATION OF NORMAN COUSINS SASAMORI IN RESPONSE TO THE OSC RE: FAILURE TO APPEAR**, on all interested parties in said action,

by transmitting via E-Mail a true copy thereof to:

Joseph Johns, Assistant U.S. Attorney
at joseph.johns@usdoj.gov and
Brent Whittlesey, Assistant U.S. Attorney
at: Brent.Whittlesey@usdoj.gov.

I caused said documents to be E-Mailed at Beverly Hills, California.

I declare that I am a member of the bar of this Federal court.

Dated: August 1, 2008

NORMAN COUSINS SASAMORI

DECLARATION OF NORMAN COUSINS SASAMORI
IN RESPONSE TO OSC RE: FAILURE TO APPEAR
3                        Case No. CR-06-595-GPS